SMITH et al. v. BACHMAN et al.

(Court of Civil Appeals of Texas.   April 22, 1911.)

APPEAL AND ERROR (§ 782*)—DISMISSAL—IN-SUFFICIENT SHOWING OF JURISDICTION.

An appeal from a judgment of a county court dismissing certiorari to review a justice's judgment in an action on a note for $74.30 and to foreclose a chattel mortgage will be dismissed, for lack of showing of appellate jurisdiction, where the value of the mortgaged property is not shown.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3123, 3124;  Dec. Dig. § 782.*]

Appeal from Jones County Court; Jas. P. Stinson, Judge.

Action by A. B. Bachman and another against L. L. Smith. From a judgment dismissing certiorari proceedings to review a justice's judgment, Ethel Smith and her husband appeal. Appeal dismissed.

S. J. T. Smith, for appellants. J. W. Boynton and Randel & Chambers, for appellees.

SPEER, J.   A. B. and J. A. Bachman sued L. L. Smith in the justice's court of precinct No. 1, Jones county, to recover on a promissory note for the principal sum of $74.30, together with interest and attorney's fees, and for a foreclosure of a chattel mortgage lien on certain personal property. The justice of the peace rendered judgment for the plaintiffs, and the defendant's wife, joined by her husband, sued out a writ of certiorari to the county court, where, upon motion of plaintiffs, the certiorari proceedings were dismissed, and from this judgment the defendants have appealed.

We cannot inquire into the merits of the appeal, inasmuch as there is nothing in the record to indicate that we have jurisdiction over the appeal. Clearly the amount of the note is not sufficient to confer jurisdiction, and the value of the property upon which the chattel mortgage is sought to be foreclosed is nowhere alleged.

The appeal is therefore dismissed.

---

COOK v. BALDWIN et al.

(Court of Civil Appeals of Texas.   April 8, 1911.)

APPEAL AND ERROR (§ 79*)—FINAL JUDGMENT —NECESSITY.

An appeal will be dismissed for want of a final judgment, where neither the verdict nor judgment disposed of the cross-action of one of defendants.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 484–493;  Dec. Dig. § 79.*]

Appeal from Taylor County Court; T. A. Bledsoe, Judge.

Action by Ed. Cook against A. G. Baldwin and others. Judgment for defendants, and plaintiff appeals. Appeal dismissed.

Ben L. Cox, for appellant. Holt & Jackson and Scarborough & Hickman (L. M. Brown, of counsel), for appellees.

CONNER, C. J.   Appellant instituted this suit against A. G. Baldwin and others to recover two horses and a hack, and to cancel a promissory note for $150 that he alleged he had given for a contract authorizing the use and sale of the "Little Crater crude oil burner." It was charged that the conveyance of the horses and hack and the execution of the note had been induced by means of certain fraudulent acts and representations on the part of the defendants, which it is unnecessary to set out, and he sought and obtained a writ of sequestration for the horses and hack, and a writ of injunction restraining a transfer of the promissory note. Beside general denials, the defendant Luallen pleaded a purchase of the horses and hack without notice of any defect of title, and the defendant A. G. Baldwin presented a crossplea, specially alleging that since the institution of the suit the note mentioned had matured, and he prayed for judgment thereon.

After the introduction of the evidence, the court gave a peremptory instruction for the defendants; but neither the verdict nor the judgment disposed of the cross-action of the defendant A. G. Baldwin. The appeal, therefore, must be dismissed, for the want of a final judgment, without reference to other questions suggested by the record. Simpson v. Bennett, 42 Tex. 241; I. & G. N. R. R. Co. v. Smith County, 58 Tex. 74; Riddle v. Bearden, 36 Tex. Civ. App. 97, 80 S. W. 1061; T. & P. Ry. Co. v. F. W. Street Ry. Co., 75 Tex. 83, 12 S. W. 977.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key No. Series & Rep'r Indexes